No. 1083. ATLANTIC CITY ELECTRIC Co. ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. S. D. N. Y.; and

No. 1283. ALABAMA POWER Co. ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. D. C. Probable jurisdiction noted. Cases consolidated and a total of one and one-half hours allotted for oral argument. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this order. Reported below: No. 1083, 306 F. Supp. 338; No. 1283, 316 F. Supp. 337.

No. 1282. RODEO COWBOYS ASSN., INC., ET AL. *v.* WEGNER. C. A. 10th Cir. Certiorari denied.

No. 1290. MURRAY ET AL., DBA NASSAU CHINA Co. *v.* HARPER, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied.

No. 1291. SAYNE *v.* SHIPLEY. C. A. 5th Cir. Certiorari denied.

No. 1297. EMERSON ELECTRIC Co. ET AL. *v.* FULTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 1299. IN RE WEINSTEIN. Sup. Ct. Ore. Certiorari denied.

No. 1341. PAGE, WARDEN *v.* MARTIN. C. A. 10th Cir. Certiorari denied.

No. 1342. YAKIMA TRIBAL COURT ET AL. *v.* SETTLER ET AL. C. A. 9th Cir. Certiorari denied.